UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN FELDMAN FLORES,
f/k/a Susan Feldman,
and
MANUEL C. FLORES, JR.,

       Plaintiffs,

v.                         CASE NO. 6:05-CV-1173-ORL-19JGG

WUESTHOFF MEMORIAL HOSPITAL,
INC., a Florida non-profit corporation,

       Defendant.

## **ORDER**

      This matter came before the Court on Notice of Application for Preliminary Injunction by Plaintiffs (Doc. No. 12, filed September 8, 2005) and Plaintiffs' Memorandum of Law in Support of Application for a Preliminary Injunction (Doc. No. 13, filed September 8, 2005).

      Plaintiffs apply to the Court for a Preliminary Injunction to order Defendant, Wuesthoff Memorial Hospital, Inc., its servants, employees, and attorneys, and all those who act in concert or participation with them, to cease discriminating against Plaintiffs on the basis of Plaintiffs' disability; and to order Defendant to employ an American Sign Language (ASL) interpreter at Wuesthoff Memorial Hospital at all times; or if no ASL interpreter is employed on site for any part or all of every day and night that the hospital is open, to provide a list of no fewer than three (3) ASL interpreters available to provide interpretation service at Wuesthoff Memorial Hospital at any time of day or night on twenty minutes or less notice; to prominently display copies of a description of the interpretation service offered and have it displayed through the waiting, intake,

emergency, outpatient and other areas of the hospital where patients are likely to realize the need for interpreters and to see the list; and to train its employees to utilize the services of such interpreters whenever requested and required by or on behalf of a person with deafness or other hearing impairment.  Plaintiffs ask the Court to waive the posting of a bond for security and to grant such other relief as may be equitable and just.  The Court will hold a hearing on Plaintiffs' Motion on **Wednesday, October 12, 2005 at 8:30 a.m.** at the George C. Young United States Courthouse and Federal Building, 6th floor, Courtroom No. 1, 80 North Hughey Avenue, Orlando, Florida.  Plaintiffs shall cause a copy of this Order and all other papers which have been filed in this cause to be served on, and received by, Defendants **on or before September 29, 2005** and shall promptly file proof of service with the Court.  Defendants shall file any response to Plaintiff's Application for Preliminary Injunction **on or before 3:00 p.m. on Monday, October 10, 2005.**

Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** at Orlando, Florida, this   19th   day of September, 2005.

```
                                            /s/ Patricia C. Fawsett
                                            _____
                                            PATRICIA C. FAWSETT, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT
```

Copies to:

All Counsel of Record